## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

_____

CHERYL S GIFFORD,

                   Plaintiff,

     v.

MADISON-CORTLAND CHAPTER, NYSARC,
INC. and RAYMOND A. LEWANDOWSKI, as an
Aider and Abettor,

                   Defendants.

_____

**NOTICE OF APPEARANCE**
Civil Action No.:  6:09-CV-1274
                DNH/GHL

      **PLEASE TAKE NOTICE** that Hancock & Estabrook, LLP hereby appears in the

above-entitled action as counsel for Defendants and requests that all papers in this action be

served upon the undersigned at the office and post office address stated below.

Dated:  November 30, 2009

                **HANCOCK & ESTABROOK, LLP**

                By:  s/Lindsey H. Hazelton
                         Lindsey H. Hazelton, Esq.
                         Bar Roll No.: 509365
                         Office and P.O. Address
                         1500 AXA Tower I
                         100 Madison Street
                         Syracuse, New York 13202
                         Tel:  (315) 471-3151

TO:    Gregory J. Amoroso, Esq.
        Saunders Kahler, LLP
        185 Genesee Street, Suite 1400
        Utica, New York  13501

{H1204695.1}

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

_____

CHERYL S GIFFORD,

                Plaintiff,

      v.                                      Civil Action No.:  6:09-CV-1274
                                                     DNH/GHL

MADISON-CORTLAND CHAPTER, NYSARC,
INC. and RAYMOND A. LEWANDOWSKI, as an
Aider and Abettor,

                Defendants.

_____

**<u>CERTIFICATE OF SERVICE</u>**

       I, Lindsey H. Hazelton, Esq., attorney for the Defendants in this action, do hereby certify

that on November 30, 2009 I electronically filed a Notice of Appearance with the Clerk of the

District Court using the CM/ECF system, which is believed to have sent notification of same to

the following:

            Gregory J. Amoroso, Esq.           gamoroso@saunderskahler.com

                                               s/Lindsey H. Hazelton
                                               Lindsey H. Hazelton, Esq.
                                             Bar Roll No.: 509365